**Opinion issued April 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-15-00049-CR

————————————————

**JORDAN CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Court Cause No. 12-15267**

---

## MEMORANDUM OPINION

Appellant, Jordan Campbell, has filed a motion to dismiss his appeal in

compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P.

42.2(a).[1]  Although there is no certificate of conference, the motion contains a certificate of service on appellee and has been on file with the Court for more than 10 days, and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).  We have not issued a decision in the appeal.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1]  Pursuant to the Texas Supreme Court's docket equalization powers, this appeal was transferred from the Ninth Court of Appeals to this Court on January 8, 2015.  *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2014); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 14-9246 (Tex. Dec. 15, 2014).